## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,

                              Case No. 1:09CR04

- vs -

ROBERT STROUD,

      Defendant.

## ORDER

      The above-captioned case is hereby TRANSFERRED from the docket of

The Honorable Timothy S. Black to the docket of The Honorable Walter H. Rice.

      IT IS SO ORDERED.

January 8, 2018

                    /s/ Timothy S. Black
                    TIMOTHY S. BLACK, JUDGE
                    UNITED STATES DISTRICT COURT

                    WALTER H. RICE, JUDGE
                    UNITED STATES DISTRICT COURT